# Return

| Case No: | Date and Time Warrant Executed: | Copy of Warrant and Inventory Left With: |
|---|---|---|
| 25-6476MB | 11/17/2025 @08:13 AM | USPS |

Inventory made in the presence of:

PI M. Cunha and IA A. Kavanagh

Inventory of the property taken and name of any person(s) seized:

One white priority mail parcel with tracking number 9505 5103 6757 5316 2408 19

12 Moen Cartridges

Family dollar plastic bag

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/17/2025

*Michael Cunha*
*Executing officer's signature*

Michael Cunha/ U.S. Postal Inspector
*Printed name and title*

# UNITED STATES DISTRICT COURT
### District of Arizona

*In the Matter of the Search of*:

**SUBJECT PARCEL**: One USPS Priority Mail parcel bearing USPS tracking number 9505 5103 6757 5316 2408 19, addressed to "Yosef Smith 364 E 7th St Lakewood, NJ 08701," with a return address of "Brian King PO Box 1333 Imperial Beach, CA 91933" It is a white cardboard box measuring 11.25" X 8.75" X 6"; weighing two pounds and 8.9 ounces; postmarked November 12, 2025; and bearing $21.95 in postage.

**SEARCH WARRANT**

Case Number: 25-6476MB

TO: Michael Cunha and any Authorized Officer of the United States

Affidavit having been made before me by Affiant, Michael Cunha, UNITED STATES POSTAL INSPECTOR, on the premises known as:

**SUBJECT PARCEL:** One USPS Priority Mail parcel bearing USPS tracking number 9505 5103 6757 5316 2408 19, addressed to "Yosef Smith 364 E 7th St Lakewood, NJ 08701," with a return address of "Brian King PO Box 1333 Imperial Beach, CA 91933" It is a white cardboard box measuring 11.25" X 8.75" X 6"; weighing two pounds and 8.9 ounces; postmarked November 12, 2025; and bearing $21.95 in postage,

in the District of Arizona there is now concealed certain property, namely, STOLEN MERCHANDISE OR DOCUMENTS RELATING TO THE DISTRIBUTION OF STOLEN GOODS THROUGH THE UNITED STATES MAIL, IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTIONS 2314, AS EVIDENCE OF SAID VIOLATION.

I am satisfied that the Affidavit establishes probable cause to believe that the property so described is now concealed on the premises above described and establishes grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __November 28, 2025__ (Date) (not to exceed 14 days) the premises named above for the property specified, serving this warrant and making the search in the daytime (6:00 a.m. to 10:00 p.m.), if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and to prepare a written inventory of the property seized and promptly return this warrant to any United States Magistrate Judge, District of Arizona as required by law.

| November 14, 2025@3:42pm | at | Phoenix, Arizona |
|---|---|---|
| Date and Time Issued | | City and State |

HONORABLE ALISON S. BACHUS
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

Signature of Judicial Officer